CLERK'S OFFICE
A TRUE COPY
Oct 16, 2026
s/ Mara A. VandenHeuvel
Deputy Clerk, U.S. District Court
Eastern District of Wisconsin

**UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION**

**IN RE: FIRE APPARATUS ANTITRUST LITIGATION** **MDL No. 3179**

FILED
Oct 16, 2026
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

(SEE ATTACHED SCHEDULE)

**CONDITIONAL TRANSFER ORDER (CTO −19)**

On April 3, 2026, the Panel transferred 3 civil action(s) to the United States District Court for the Eastern District of Wisconsin for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* 829 F.Supp.3d 1379 (J.P.M.L. 2026). Since that time, 39 additional action(s) have been transferred to the Eastern District of Wisconsin. With the consent of that court, all such actions have been assigned to the Honorable William C. Griesbach.

It appears that the action(s) on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Eastern District of Wisconsin and assigned to Judge Griesbach.

Pursuant to Rule 7.1 of the Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation, the action(s) on the attached schedule are transferred under 28 U.S.C. § 1407 to the Eastern District of Wisconsin for the reasons stated in the order of April 3, 2026, and, with the consent of that court, assigned to the Honorable William C. Griesbach.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Eastern District of Wisconsin. The transmittal of this order to said Clerk shall be stayed 7 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 7−day period, the stay will be continued until further order of the Panel.

Inasmuch as no objection is pending at this time, the stay is lifted.
Oct 16, 2026
CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

Jessica D. Birnbaum

Jessica D. Birnbaum
Clerk of the Panel

**IN RE: FIRE APPARATUS ANTITRUST LITIGATION** MDL No. 3179

## SCHEDULE CTO−19 − TAG−ALONG ACTIONS

| DIST | DIV. | C.A.NO. | CASE CAPTION |
|---|---|---|---|
| ARIZONA | | | |
| AZ | 2 | 26−06927 | Phoenix, City of v. REV Group LLC et al |
| CALIFORNIA EASTERN | | | |
| CAE | 2 | 26−03412 | City of Vacaville, California v. REV Group, LLC et al |